**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **QRI MONTAGUE,** <br><br> Plaintiff, <br> vs. <br><br> **LEMUEL GARDNER,** <br><br><br> Defendant. | **CIVIL ACTION FILE NO.** <br> **1:19-CV-5599-AT** |

**MOTION FOR LEAVE OF ABSENCE
FOR MORE THAN 21 DAYS**

**STEPHEN M. KATZ,** pursuant to N.D.Ga. L.R. 83.1(E)(4), requests an order approving counsel's request for a leave of absence in excess of 21 days.

1. **DATES FOR PROPOSED LEAVE OF ABSENCE**: The dates of the proposed leave of absence are from June 3 to June 27, 2022.

2. **REASON FOR THE LEAVE OF ABSENCE**: The wedding of Katz's son in Rosh Pina, Israel.

3. Katz confirms that he is aware that a leave of absence, regardless of length, does not extend previously scheduled filing deadlines or other deadlines imposed by the Court..

Date:   20 January 2022.

By: /s/ Stephen M. Katz<br>Stephen M. Katz<br>Ga. Bar No. 409065

**THE KATZ LAW FIRM – GA.** LLC
1225 Johnson Ferry Road
Building 100 – Suite 125
Marietta, Georgia 30068-5407
Telephone: 770.988.8181
Email: smkatz@katz.legal