IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| QRI MONTAGUE,<br><br>    Plaintiff,<br>vs.<br><br>LEMUEL GARDNER,<br><br><br>    Defendant. | CIVIL ACTION FILE NO.<br>1:19-CV-5599-AT |

## ORDER

Pending before the Court is Stephen M. Katz's motion for an order approving his request for a leave of absence in excess of 21 days; it is hereby

**ORDERED** that the motion is **GRANTED.** Counsel has acknowledged and is reminded that under N.D.GA. L.R. 83.1(E)(4), a leave of absence, regardless of length, does not extend previously scheduled filing deadlines or other deadlines imposed by the Court.

**SO ORDERED** this ___ day of _____, 2022.

_____
The Hon. Amy Totenberg
Senior United States District Judge